GERTRUDE C. SOLEZ, Respondent, *v.* THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.

(Argued January 24, 1936; decided March 3, 1936.)

589

*Charles J. Nehrbas* and *Henry C. Moses* for appellant.
*Frederic R. Coudert, Jr., Walter R. Barry* and *Francis D. Wells* for respondent.

Order affirmed and judgment absolute ordered against the appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.